NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MAD DOGG ATHLETICS, INC.,**
*Appellant*

**v.**

**PELOTON INTERACTIVE, INC.,**
*Appellee*

---

2023-2018, 2023-2020

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2022-00016 and IPR2022-00017.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Mad Dogg Athletics, Inc.'s unopposed motion to voluntarily dismiss these appeals pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure,

IT IS ORDERED THAT:

(1) The motion is granted. The appeals are dismissed.

(2) All other pending motions are denied as moot.

2    MAD DOGG ATHLETICS, INC. v. PELOTON INTERACTIVE, INC.

(3)  Each side shall bear its own costs.

FOR THE COURT



November 21, 2023
      Date

Jarrett B. Perlow
Clerk of Court

ISSUED AS A MANDATE:  November 21, 2023